# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

TODD TRAHAN,                                    Civil No. 08-4902 MJD/SRN

     Petitioner,

v.

                                            ORDER

STATE OF MINNESOTA,

     Respondent.

_____

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated August 19, 2008.  No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED that:

    1.  Petitioner's application for a writ of habeas corpus, (Docket No. 1), is DENIED;

    2.  Petitioner's application for leave to proceed in forma pauperis, (Docket No. 2), is DENIED; and

    3.  This action is summarily DISMISSED WITHOUT PREJUDICE.

DATED: _September 12, 2008.

                             s/Michael J. Davis_____
                             Chief Judge Michael J. Davis
                             United States District Court Judge